UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH MELVILLE,

                Plaintiff,

      -against-

MRS. BRABRA FIALO,

                Defendant.

19-CV-10919 (CM)

CIVIL JUDGMENT

Pursuant to the orders issued December 23, 2019, and January 27, 2020,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i), and Plaintiff is barred from filing future civil actions *in forma pauperis* in this Court without first obtaining from the Court leave to file, *see* 28 U.S.C. § 1651.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 27, 2020
          New York, New York

                                              COLLEEN McMAHON
                                              Chief United States District Judge